Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br>Natasha Larae Youngbird<br><br>*Defendant* | )<br>)<br>) Case No. 1:17-cr-130-09<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Natasha Larae Youngbird__,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Aiding and Abetting
Forfeiture Allegation

Date: 06/08/2017

/s/ Renee Hellwig
*Issuing officer's signature*

City and state:   Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/8/17, and the person was arrested on *(date)* 8/23/17
at *(city and state)* New England, ND.

Date: 8/24/17

Jay Ferguson
*Arresting officer's signature*

Jay Ferguson   DUSM
*Printed name and title*