IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Natasha Larae Youngbird, ) | Case No.  1:17-cr-130 |
| ) | |
| Defendant. ) | |

On April 22, 2021, defendant filed a Motion to Reconsider Detention Order. (Doc. No. 404). She advises that she has secured a placement at the Summit Prairie Recovery Center ("Summit"). She requests to be released to her mother, Bessie Monogram, on April 26, 2021, for transport to Summit to begin treatment.

There being no objection form the United States, the court **GRANTS** defendant's motion. (Doc. No. 404).  Defendant shall be released to her mother, Bessie Monogram, no earlier than 9:30 a.m. on April 26, 2021, for transport to Summit.  While on release, defendant shall comply with the following conditions:

(1)   Defendant remains subject to and shall abide by all conditions of supervised release previously imposed by the court.

(2)   .Defendant shall reside at Summit, fully participate in its programming, and comply with all of its rules and regulations.  Upon her arrival at Summit, she shall contact USPO  Allison Gehringer at (701) 388-9637.

(3)   Defendant shall sign all releases of information requested by her supervising USPO so that her progress and participation in treatment may be monitored.

(4)   At least four days prior to the completion of her treatment program, defendant shall

contact her supervising USPO so that the USPO may evaluate the appropriateness of any proposed living arrangements. Upon her discharge from her treatment program, defendant shall reside at an address approved by the USPO, not change this address without the USPO's permission, and report to the USPO as directed. If the USPO determines that defendant is in need of a placement in a residential facility, defendant shall report to the designated facility as directed and comply with the facility's rules and regulations. If a residential facility is not available, defendant shall report the United States Marshal's office in Bismarck with the understanding that she shall be detained pending further order of the court.

**IT IS SO ORDERED**.

Dated this 23rd day of April, 2021.

*/s/ Clare R. Hochhalter*  
Clare R. Hochhalter, Magistrate Judge  
United States District Court
